IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHLEEN QUENZEL EAKER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No.   3:11-cv-612-PMF |
| NICHOLAS MOOSHEGIAN, et. al., | ) ) ) |
| Defendants. | ) |

### O R D E R

**FRAZIER, Magistrate Judge:**

Having been advised by Magistrate Judge Wilkerson that the parties have settled the above-captioned action in its entirety, but that additional time is needed to finalize settlement documents and/or file a Stipulation of Dismissal, the Clerk of Court is **DIRECTED** to enter judgment of dismissal with prejudice 90 days from the date of this Order.  Each party shall bear their own costs unless otherwise provided in the settlement documents.

If the parties fail to finalize settlement within the 90-day period, they may - <u>before</u> that period expires - move to postpone entry of judgment.

Due to the settlement, the Court **CANCELS** all settings herein and all pending motions are MOOT.

DATED:  September 15, 2014.

s/ *Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE