# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHLEEN QUENZEL EAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:11-cv-612-PMF |
| ) | |
| NICHOLAS MOOSHEGIAN, ) | |
| ROBERT J. HERTZ, ) | |
| MADISON COUNTY, ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** The Court having been advised that the above action has been settled pursuant to stipulation of the parties;

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 15, 2014, this case is **DISMISSED** with prejudice and without costs.

DATED: December 18, 2014.

JUSTINE FLANAGAN
ACTING CLERK OF COURT

By: s/Karen R. Metheney
Deputy Clerk

APPROVED:

/s/ *Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE